UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 25-cv-02824 (KMM-LIB)

| | |
|---|---|
| United States of America ex rel. Troy K. Scheffler, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| Golden Shovel Agency, LLC, | ) ) ) |
| Defendant. | ) |

## THE GOVERNMENT'S NOTICE OF ELECTION TO DECLINE INTERVENTION ON THE AMENDED COMPLAINT

The United States notifies the Court of its decision under the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), to decline to intervene on the Relator's Amended Complaint in this action. Given its declination, the United States does not intend to file a response to Defendant's Motion to Dismiss.

Dated:  November 21, 2025

Respectfully submitted,

DANIEL N. ROSEN
United States Attorney

*s/ Ann M. Bildtsen*

BY:  ANN MARIE BILDTSEN
Assistant U.S. Attorney
Attorney ID No. 0271494
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN   55415
(612) 664-5600
Email:  ann.bildtsen@usdoj.gov
Attorneys for the United States